THOMAS DUNPHY, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 20156.)— Motion granted. The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of RICHARD ROSTRON, Respondent, against KEYSTONE GYPSUM FIREPROOFING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, F. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GEORGE I. GROGINSKY, Respondent, v. ABE RABINOWICH and Others, Appellants. — Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CARUSO, RINELLA, BATTAGLIA Co., INC., Appellant, v. GEORGE D. LAMBERTON, Defendant, and WILSON & COMPANY, INC., Respondent.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion that the execution of Caruso, Rinella, Battaglia Co., Inc., have priority, and be paid in accordance therewith, granted, with ten dollars costs. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

TRIGONA DJIMAS, Respondent, v. JOHN RICHMOND ALGER and Another, Appellants. DEMETRIUS DJIMAS, Respondent, v. JOHN RICHMOND ALGER and Another, Appellants.— Orders reversed on the law and facts, with ten dollars costs and disbursements in one appeal, and motions granted, with ten dollars costs in one motion. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents and votes to affirm on the ground that these are discretionary orders and that there was no abuse of discretion by the Special Term.

EVA STUPELL, Appellant, v. ADOLPH GREEN and ROCKWOOD CATERING Co., INC., Respondents.— Order reversed on the law and facts, with costs, and motion for order resettling case on appeal by including therein a certain lease entered into between Eva Stupell and Adolph Green, dated May 6, 1931, granted, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Trustee, etc., Plaintiff, v. SARANAC RIVER POWER CORPORATION and Others, Defendants. RUSSEL S. JOHNSON, Intervenor, Appellant.— Order affirmed, on the ground that this court will not assume to direct the action of the Special Term as to the matters it deems proper to refer. By the affirmance of the order removing the receiver herein this court did not pass upon the propriety of any expenditures made by the receiver. The court, at Special Term, appointed the receiver as its aid, and later determined, in its discretion, that the receiver should be removed; this court affirmed the determination, and passed upon no other question. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Application of ROCKAWAY OPERATING Co., INC., for a Certiorari Order against THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.